# J. Birnbach

22 West 48th St., 14th Floor, New York, NY 10036
P: 212-997-3205   F: 212-997-3209
sales@jbirnbach.com   www.jbirnbach.com

# MEMORANDUM

**Date:** 01/03/2020
**Memo #:** 99991

## Consigned To:
William Noble                           1053
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

## Ship To:
William Noble
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

The merchandise described below is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of J. Birnbach and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully and personally responsible for it, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise, or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, NO CREDIT IS EXTENDED with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall have received from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance hereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealings with respect to other merchandise or any contrary custom of the trade.

| CONTACT | SALESPERSON | CUST ORDER# | SHIP VIA | TRACKING# | REPORT BY |
|---|---|---|---|---|---|
| Will | Jonathan Birnbach | | FedEx Saturday | | |

| STOCK # | QTY | WT. | DESCRIPTION | UNIT $ | TOTAL |
|---|---|---|---|---|---|
| M5583 | 1 | 7.02 | BR J, SI2, GIA #6147403719 | $14,550.00 | $102,141.00 |
| RQ2657 | 1 | | Platinum w/ 12 BRs = 0.23 ctw [M5583 7.02 BR J SI2 GIA] | $1,687.50 | $1,687.50 |
| n.4400 | 1 | 7.03 | BR J SI2 GIA #5191787640 | $12,517.78 | $88,000.00 |
| | 3 | 14.05 | | Sub Total | $191,828.50 |
| | | | | Charges | |
| | | | | Discount | |
| | | | | **TOTAL** | **$191,828.50** |

as agreed, paid immediately if sold. Personally guaranteed by Bill Noble.

Signature: _____

For any product fabricated from rough diamonds mined from January 1, 2003 onward the seller warrants that the diamonds have been purchased from legitimate sources not involved in funding conflict and are in compliance with the United Nations resolutions. The seller hereby guarantees that the diamonds are conflict free, based on personal knowledge and/or written guarantees provided by the seller of these diamonds. For any product fabricated from rough diamonds mined prior to January 1, 2003 the seller warrants that conflict diamonds will not knowingly be sold and that to the best of their ability, will undertake reasonable measures to help prevent the sale of conflict diamonds in this country.

Thank you for your business!