# $\mathcal{J}$. Birnbach

22 West 48th St., 14th Floor, New York, NY 10036
P: 212-997-3205   F: 212-997-3209
sales@jbirnbach.com   www.jbirnbach.com

# MEMORANDUM

**Date:** 04/08/2019
**Memo #:** 98036

## Consigned To:

William Noble                                    1053
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

## Ship To:

William Noble
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

The merchandise described below is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of J. Birnbach and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully and personally responsible for it, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise, or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, NO CREDIT IS EXTENDED with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall have received from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance hereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealings with respect to other merchandise or any contrary custom of the trade.

| CONTACT | SALESPERSON | CUST ORDER# | SHIP VIA | TRACKING# | REPORT BY |
|---------|-------------|-------------|----------|-----------|-----------|
| Debbie | Jonathan Birnbach | | | | |

| STOCK # | QTY | WT. | DESCRIPTION | UNIT $ | TOTAL |
|---------|-----|-----|-------------|--------|-------|
| H8336 | 1 | 4.40 | EU H, VS1, GIA #15640869 | $21,090.00 | $92,796.00 |
| H8337 | 1 | 4.58 | EU H, SI1, GIA #15658796 | $16,280.00 | $74,562.40 |
| EH8336 | 1 | | .21 pave frame in 18kt wg studs, [H8336 1RB=4.40ct H VS1], [H8337 1RB=4.58ct H SI1] | $1,860.00 | $1,860.00 |
| Overnight Shipping | | | Overnight Shipping | $119.20 | $119.20 |
| | 3 | 8.98 | | | |

| | |
|---|---|
| Sub Total | $169,218.40 |
| Charges | $119.20 |
| Discount | |
| **TOTAL** | **$169,337.60** |

Signature: _____

For any product fabricated from rough diamonds mined from January 1, 2003 onward the seller warrants that the diamonds have been purchased from legitimate sources not involved in funding conflict and are in compliance with the United Nations resolutions. The seller hereby guarantees that the diamonds are conflict free, based on personal knowledge and/or written guarantees provided by the seller of these diamonds. For any product fabricated from rough diamonds mined prior to January 1, 2003 the seller warrants that conflict diamonds will not knowingly be sold and that to the best of their ability, will undertake reasonable measures to help prevent the sale of conflict diamonds in this country.

### Thank you for your business!



**576 5th Ave., Suite 301, New York, NY 10036**
P: 212-997-3205   F: 212-997-3209
sales@jbirnbach.com   www.jbirnbach.com

# MEMORANDUM

**Date:**        04/24/2019
**Memo #:**   98184

## Consigned To:

William Noble                                    1053
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

## Ship To:

William Noble
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

The merchandise described below is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of J. Birnbach and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully and personally responsible for it, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise, or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, NO CREDIT IS EXTENDED with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall have received from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance hereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealings with respect to other merchandise or any contrary custom of the trade.

| CONTACT | SALESPERSON | CUST ORDER# | SHIP VIA | TRACKING# | REPORT BY |
|---------|-------------|-------------|----------|-----------|-----------|
| Will | Jonathan Birnbach | | | | |

| STOCK # | QTY | WT. | DESCRIPTION | UNIT $ | TOTAL |
|---------|-----|-----|-------------|--------|-------|
| U1290 | 1 | 18.04 | EC K, VS1, GIA #2195703960 | $23,625.00 | $426,195.00 |
| RU1290 | 1 | | Plat, Double claw prong basket ring [U1290 18.04 EC K VS1 GIA] | $1,500.00 | $1,500.00 |
| | **2** | **18.04** | | Sub Total | $427,695.00 |
| | | | | Charges | |
| | | | | Discount | |
| | | | | **TOTAL** | **$427,695.00** |

Signature: _____

For any product fabricated from rough diamonds mined from January 1, 2003 onward the seller warrants that the diamonds have been purchased from legitimate sources not involved in funding conflict and are in compliance with the United Nations resolutions. The seller hereby guarantees that the diamonds are conflict free, based on personal knowledge and/or written guarantees provided by the seller of these diamonds. For any product fabricated from rough diamonds mined prior to January 1, 2003 the seller warrants that conflict diamonds will not knowingly be sold and that to the best of their ability, will undertake reasonable measures to help prevent the sale of conflict diamonds in this country.

## Thank you for your business!

DIAMOND TRACK Online™ - Copyright ©2019 Blueground Technologies LLC

# J. Birnbach

576 5th Ave., Suite 301, New York, NY 10036
P: 212-997-3205  F: 212-997-3209
sales@jbirnbach.com  www.jbirnbach.com

# MEMORANDUM

| | |
|---|---|
| **Date:** | 04/25/2019 |
| **Memo #:** | 98202 |

**Consigned To:**

William Noble                    1053
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

**Ship To:**

William Noble
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

The merchandise described below is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of J. Birnbach and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully and personally responsible for it, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise, or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, NO CREDIT IS EXTENDED with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall have received from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance hereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealings with respect to other merchandise or any contrary custom of the trade.

| CONTACT | SALESPERSON | CUST ORDER# | SHIP VIA | TRACKING# | REPORT BY |
|---|---|---|---|---|---|
| Linda | Jonathan Birnbach | | | | |

| STOCK # | QTY | WT. | DESCRIPTION | UNIT $ | TOTAL |
|---|---|---|---|---|---|
| P1075 | 1 | 3.50 | EC E, VVS2, GIA #11707714 | $22,875.00 | $80,062.50 |
| RP1075 | 1 | | 2-.54 traps.plat. [P1075 3.50 EC E VVS2 GIA] | $3,440.00 | $3,440.00 |
| U1246 | 1 | 4.66 | EC F, VVS2, GIA #2195431413   *Open* | $25,500.00 | $118,830.00 |
| H8559 | 1 | 4.01 | OV E, VS1, GIA #15312646 | $27,000.00 | $108,270.00 |
| RH8559A | 1 | | 2-.95 HM, .35 pave. plat, [H8559 1OV=4.01ct E VVS2] | $7,500.00 | $7,500.00 |
| Q2459 | 1 | 4.22 | OV E, VS1, GIA #6204125067 | $30,000.00 | $126,600.00 |
| RQ2459 | 1 | | Plat w/ 2 Half Moons = 0.65 ctw [Q2459 4.22 OV E VS1 GIA] | $4,312.50 | $4,312.50 |
| U1000 | 1 | 5.00 | CU E, VS1, GIA #2183976618 | $29,700.00 | $148,500.00 |
| RU1000 | 1 | | 2- .44 half moons, .02 br,plat.[U1000 5.00 CHN E VS1 GIA] | $3,750.00 | $3,750.00 |
| Q2575 | 1 | 4.80 | BR F, VS1, GIA #5161450487 | $41,225.00 | $197,880.00 |
| U1324 | 1 | 3.96 | BR D, VS1, GIA #15586072 | $34,440.00 | $136,382.40 |

$118,830-

| | |
|---|---|
| Sub Total | $935,527.40 |
| Charges | |
| Discount | |
| **TOTAL** | **$935,527.40** |

Signature: _____

For any product fabricated from rough diamonds mined from January 1, 2003 onward the seller warrants that the diamonds have been purchased from legitimate sources not involved in funding conflict and are in compliance with the United Nations resolutions. The seller hereby guarantees that the diamonds are conflict free, based on personal knowledge and/or written guarantees provided by the seller of these diamonds. For any product fabricated from rough diamonds mined prior to January 1, 2003 the seller warrants that conflict diamonds will not knowingly be sold and that to the best of their ability, will undertake reasonable measures to help prevent the sale of conflict diamonds in this country.

Thank you for your business!

DIAMOND TRACK Online™ - Copyright ©2019 Blueground Technologies LLC

# 𝒥. Birnbach

576 5th Ave., Suite 301, New York, NY 10036
P: 212-997-3205  F: 212-997-3209
sales@jbirnbach.com  www.jbirnbach.com

# MEMORANDUM

**Date:**    06/18/2019
**Memo #:**   98583

### Consigned To:

William Noble                    1053
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

### Ship To:

William Noble
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

The merchandise described below is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of J. Birnbach and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully and personally responsible for it, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise, or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, NO CREDIT IS EXTENDED with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall have received from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance hereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealings with respect to other merchandise or any contrary custom of the trade.

| CONTACT | SALESPERSON | CUST ORDER# | SHIP VIA | TRACKING# | REPORT BY |
|---------|-------------|-------------|----------|-----------|-----------|
|         | Jonathan Birnbach |       |          |           |           |

| STOCK # | QTY | WT. | DESCRIPTION | UNIT $ | TOTAL |
|---------|-----|-----|-------------|--------|-------|
| U1263 | 1 | 2.06 | EC G, VS2, GIA #11373026 | $8,160.00 | $16,809.60 |
| RU1233 | 1 | | 18K YG Solitaire [U1263 2.06 EC G VS2 GIA] | $1,000.00 | $1,000.00 |
| | 2 | 2.06 | | | |

ATTN: Michael Klein

| | |
|---|---|
| Sub Total | $17,809.60 |
| Charges | |
| Discount | |
| **TOTAL** | **$17,809.60** |

Signature: _____

For any product fabricated from rough diamonds mined from January 1, 2003 onward the seller warrants that the diamonds have been purchased from legitimate sources not involved in funding conflict and are in compliance with the United Nations resolutions. The seller hereby guarantees that the diamonds are conflict free, based on personal knowledge and/or written guarantees provided by the seller of these diamonds. For any product fabricated from rough diamonds mined prior to January 1, 2003 the seller warrants that conflict diamonds will not knowingly be sold and that to the best of their ability, will undertake reasonable measures to help prevent the sale of conflict diamonds in this country.

Thank you for your business!

DIAMOND TRACK Online™ - Copyright ©2019 Blueground Technologies LLC

# J.Birnbach

576 5th Ave., Suite 301, New York, NY 10036
P: 212-997-3205  F: 212-997-3209
sales@jbirnbach.com  www.jbirnbach.com

# MEMORANDUM

**Date:** 06/19/2019
**Memo #:** 98606

**Consigned To:**

William Noble                    1053
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

**Ship To:**

William Noble
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

The merchandise described below is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of J. Birnbach and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully and personally responsible for it, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise, or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, NO CREDIT IS EXTENDED with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall have received from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance hereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealings with respect to other merchandise or any contrary custom of the trade.

| CONTACT | SALESPERSON | CUST ORDER# | SHIP VIA | TRACKING# | REPORT BY |
|---------|-------------|-------------|----------|-----------|-----------|
| Diedre | Jonathan Birnbach | | | | |

| STOCK # | QTY | WT. | DESCRIPTION | UNIT $ | TOTAL |
|---------|-----|-----|-------------|--------|-------|
| H8665 | 1 | 3.38 | BR F, VVS2, GIA #2141886226 | $26,280.00 | $88,826.40 |
| V2063 | 1 | 3.42 | BR G, VS2, GIA #5202122538  R✗ | $16,875.00 | $57,712.50 |
| RH8665 | 1 | | Plat, 4 tap bag=0.68ctw [H8665 3.38 BR F VVS2 GIA] | $3,125.00 | $3,125.00 |
| | 3 | 6.80 | | Sub Total | $149,663.90 |
| | | | | Charges | |
| | | | | Discount | |
| | | | | **TOTAL** | **$149,663.90** |

$ 91,951.40

Signature: _____

For any product fabricated from rough diamonds mined from January 1, 2003 onward the seller warrants that the diamonds have been purchased from legitimate sources not involved in funding conflict and are in compliance with the United Nations resolutions. The seller hereby guarantees that the diamonds are conflict free, based on personal knowledge and/or written guarantees provided by the seller of these diamonds. For any product fabricated from rough diamonds mined prior to January 1, 2003 the seller warrants that conflict diamonds will not knowingly be sold and that to the best of their ability, will undertake reasonable measures to help prevent the sale of conflict diamonds in this country.

Thank you for your business!

# *J.*Birnbach

576 5th Ave., Suite 301, New York, NY 10036
P: 212-997-3205  F: 212-997-3209
sales@jbirnbach.com  www.jbirnbach.com

# MEMORANDUM

**Date:**     06/19/2019
**Memo #:**   98608

## Consigned To:

William Noble                    1053
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

## Ship To:

William Noble
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

The merchandise described below is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of J. Birnbach and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully and personally responsible for it, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise, or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, NO CREDIT IS EXTENDED with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall have received from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance hereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealings with respect to other merchandise or any contrary custom of the trade.

| CONTACT | SALESPERSON | CUST ORDER# | SHIP VIA | TRACKING# | REPORT BY |
|---------|-------------|-------------|----------|-----------|-----------|
| L McClung | Jonathan Birnbach | | MAE | | |

| STOCK# | QTY | WT. | DESCRIPTION | UNIT $ | TOTAL |
|--------|-----|-----|-------------|--------|-------|
| V2113 | 1 | 2.01 | EC I, VS2, GIA #5201084888 | $5,075.00 | $10,200.75 |
| | 1 | 2.01 | | Sub Total | $10,200.75 |
| | | | | Charges | |
| | | | | Discount | |
| | | | | **TOTAL** | **$10,200.75** |

Signature: _____

For any product fabricated from rough diamonds mined from January 1, 2003 onward the seller warrants that the diamonds have been purchased from legitimate sources not involved in funding conflict and are in compliance with the United Nations resolutions. The seller hereby guarantees that the diamonds are conflict free, based on personal knowledge and/or written guarantees provided by the seller of these diamonds. For any product fabricated from rough diamonds mined prior to January 1, 2003 the seller warrants that conflict diamonds will not knowingly be sold and that to the best of their ability, will undertake reasonable measures to help prevent the sale of conflict diamonds in this country.

Thank you for your business!

DIAMOND TRACK Online™ - Copyright ©2019 Blueground Technologies LLC