# J. Birnbach

22 West 48th St., 14th Floor, New York, NY 10036
P: 212-997-3205   F: 212-997-3209
sales@jbirnbach.com   www.jbirnbach.com

# INVOICE

**Date:** 5/10/2019
**Invoice #:** 37339

**Bill To:**
William Noble                                    1053
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

**Ship To:**
William Noble
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

A 1% finance charge per month will be applied to all late payments.

Wire Information: JP Morgan Chase-875 Saw Mill Rd, Ardsley, NY 10503
ABA# 021 000 21    Acct# 653 023 320    Swift - CHASUS33

| CONTACT | SALESPERSON | CUST ORDER# | SHIP VIA | TRACKING# |
|---|---|---|---|---|
| Will | Jonathan Birnbach | | | |

| STOCK # | QTY | WT. | DESCRIPTION | UNIT $ | TOTAL |
|---|---|---|---|---|---|
| U1290 | 1 | 18.04 | EC K, VS1, GIA #2195703960 Memo#98184 | $23,625.00 | $426,195.00 |
| | 1 | 18.04 | | | |

*Handwritten: Bal = $179,633.80*

30 days as per our agreement.

| Terms | Due | Amount |
|---|---|---|
| 30 | 6/9/2019 | $426,195.00 |

Sub Total: $426,195.00
Charges:
Discount:
**TOTAL** $426,195.00

Signature: _____

For any product fabricated from rough diamonds mined from January 1, 2003 onward the seller warrants that the diamonds have been purchased from legitimate sources not involved in funding conflict and are in compliance with the United Nations resolutions. The seller hereby guarantees that the diamonds are conflict free, based on personal knowledge and/or written guarantees provided by the seller of these diamonds. For any product fabricated from rough diamonds mined prior to January 1, 2003 the seller warrants that conflict diamonds will not knowingly be sold and that to the best of their ability, will undertake reasonable measures to help prevent the sale of conflict diamonds in this country.

All sales are final.

# J. Birnbach

22 West 48th St., 14th Floor, New York, NY 10036
P: 212-997-3205   F: 212-997-3209
sales@jbirnbach.com   www.jbirnbach.com

# INVOICE

**Date:** 5/28/2019
**Invoice #:** 37391

**Bill To:**
William Noble   1053
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

**Ship To:**
William Noble
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

A 1% finance charge per month will be applied to all late payments.

Wire Information: JP Morgan Chase-875 Saw Mill Rd, Ardsley, NY 10503
ABA# 021 0000 21   Acct# 653 023 320   Swift - CHASUS33

| CONTACT | SALESPERSON | CUST ORDER# | SHIP VIA | TRACKING# |
|---|---|---|---|---|
| Linda | Jonathan Birnbach | | | |

| STOCK # | QTY | WT. | DESCRIPTION | UNIT $ | TOTAL |
|---|---|---|---|---|---|
| U1246 | 1 | 4.66 | EC F, VVS2, GIA #2195431413 Memo#98202 | $25,500.00 | $118,830.00 |
| Overnight Shipping | | | Overnight Shipping | $78.85 | $78.85 |
| Adjustment | | | Adjustment - restocking fee after 8 months | $11,800.00 | $11,800.00 |
| | 1 | 4.66 | | Sub Total | $118,830.00 |
| | | | | Charges | $11,878.85 |
| | | | | Discount | |
| | | | | **TOTAL** | **$130,708.85** |

*Bal = $11,878.85* (handwritten)

| Terms | Due | Amount |
|---|---|---|
| 30 | 6/27/2019 | $65,354.43 |
| 60 | 7/27/2019 | $65,354.42 |

special terms for Bill

Signature: _____

For any product fabricated from rough diamonds mined from January 1, 2003 onward the seller warrants that the diamonds have been purchased from legitimate sources not involved in funding conflict and are in compliance with the United Nations resolutions. The seller hereby guarantees that the diamonds are conflict free, based on personal knowledge and/or written guarantees provided by the seller of these diamonds. For any product fabricated from rough diamonds mined prior to January 1, 2003 the seller warrants that conflict diamonds will not knowingly be sold and that to the best of their ability, will undertake reasonable measures to help prevent the sale of conflict diamonds in this country.

All sales are final.

DIAMOND TRACK Online™ - Copyright ©2022 Blueground Technologies LLC



**J. Birnbach**
22 West 48th St., 14th Floor, New York, NY 10036
P: 212-997-3205   F: 212-997-3209
sales@jbirnbach.com   www.jbirnbach.com

# INVOICE

**Date:** 10/7/2019
**Invoice #:** 38269

**Bill To:** 1053
William Noble
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

**Ship To:**
William Noble
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

A 1% finance charge per month will be applied to all late payments.

Wire Information: JP Morgan Chase-875 Saw Mill Rd, Ardsley, NY 10503
ABA# 021 0000 21    Acct# 653 023 320    Swift - CHASUS33

| CONTACT | SALESPERSON | CUST ORDER# | SHIP VIA | TRACKING# |
|---|---|---|---|---|
| Linda | Jonathan Birnbach | | | |

| STOCK # | QTY | WT. | DESCRIPTION | UNIT $ | TOTAL |
|---|---|---|---|---|---|
| Overnight Shipping | | | Overnight Shipping Memo#98107 | $128.65 | $128.65 |
| | 0 | | | | |

| Terms | Due | Amount |
|---|---|---|
| 30 | 11/6/2019 | $128.65 |

Sub Total: $0.00
Charges: $128.65
Discount:
**TOTAL** $128.65

Signature: _____

For any product fabricated from rough diamonds mined from January 1, 2003 onward the seller warrants that the diamonds have been purchased from legitimate sources not involved in funding conflict and are in compliance with the United Nations resolutions. The seller hereby guarantees that *the diamonds* are conflict free, based on personal knowledge and/or written guarantees provided by the seller of these diamonds. For any product fabricated from rough diamonds mined prior to January 1, 2003 the seller warrants that conflict diamonds will not knowingly be sold and that to the best of their ability, will undertake reasonable measures to help prevent the sale of conflict diamonds in this country.

All sales are final.

DIAMOND TRACK Online™ - Copyright ©2022 Blueground Technologies LLC

# J. Birnbach

22 West 48th St., 14th Floor, New York, NY 10036
P: 212-997-3205   F: 212-997-3209
sales@jbirnbach.com   www.jbirnbach.com

# INVOICE

**Date:** 12/30/2019
**Invoice #:** 38251

**Bill To:**
William Noble   1053
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

**Ship To:**
William Noble
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

A 1% finance charge per month will be applied to all late payments.

Wire Information: JP Morgan Chase-875 Saw Mill Rd, Ardsley, NY 10503
ABA# 021 0000 21    Acct# 653 023 320    Swift - CHASUS33

| CONTACT | SALESPERSON | CUST ORDER# | SHIP VIA | TRACKING# |
|---|---|---|---|---|
| Bill | Jonathan Birnbach | | | |

| STOCK # | QTY | WT. | DESCRIPTION | UNIT $ | TOTAL |
|---|---|---|---|---|---|
| Overnight Shipping | | | Overnight Shipping - Saturday Delivery. Memo#99937 | $89.50 | $89.50 |
| | 0 | | | | |

| Terms | Due | Amount |
|---|---|---|
| 10 | 1/9/2020 | $89.50 |

Sub Total: $0.00
Charges: $89.50
Discount:
**TOTAL** $89.50

Signature: _____

For any product fabricated from rough diamonds mined from January 1, 2003 onward the seller warrants that the diamonds have been purchased from legitimate sources not involved in funding conflict and are in compliance with the United Nations resolutions. The seller hereby guarantees that the diamonds are conflict free, based on personal knowledge and/or written guarantees provided by the seller of these diamonds. For any product fabricated from rough diamonds mined prior to January 1, 2003 the seller warrants that conflict diamonds will not knowingly be sold and that to the best of their ability, will undertake reasonable measures to help prevent the sale of conflict diamonds in this country.

All sales are final.

# J.Birnbach

22 West 48th St., 14th Floor, New York, NY 10036
P: 212-997-3205  F: 212-997-3209
sales@jbirnbach.com  www.jbirnbach.com

# INVOICE

**Date:** 12/16/2019
**Invoice #:** 38193

**Bill To:**
William Noble                                   1053
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

**Ship To:**
William Noble
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

A 1% finance charge per month will be applied to all late payments.

Wire Information: JP Morgan Chase-875 Saw Mill Rd, Ardsley, NY 10503
ABA# 021 0000 21    Acct# 653 023 320    Swift - CHASUS33

| CONTACT | SALESPERSON | CUST ORDER# | SHIP VIA | TRACKING# |
|---|---|---|---|---|
|  | Jonathan Birnbach |  |  |  |

| STOCK # | QTY | WT. | DESCRIPTION | UNIT $ | TOTAL |
|---|---|---|---|---|---|
| Adjustment |  |  | Adjustment | $1,985.16 | $1,985.16 |
|  | 0 |  |  |  |  |

| Terms | Due | Amount |
|---|---|---|
| 30 | 1/15/2020 | $1,985.16 |

Sub Total: $0.00
Charges: $1,985.16
Discount:
**TOTAL** $1,985.16

Signature: _____

For any product fabricated from rough diamonds mined from January 1, 2003 onward the seller warrants that the diamonds have been purchased from legitimate sources not involved in funding conflict and are in compliance with the United Nations resolutions. The seller hereby guarantees that *the diamonds are conflict free*, based on personal knowledge and/or written guarantees provided by the seller of these diamonds. For any product fabricated from rough diamonds mined prior to January 1, 2003 the seller warrants that conflict diamonds will not knowingly be sold and that to the best of their ability, will undertake reasonable measures to help prevent the sale of conflict diamonds in this country.

All sales are final.

DIAMOND TRACK Online™ - Copyright ©2022 Blueground Technologies LLC

# J.Birnbach

22 West 48th St., 14th Floor, New York, NY 10036
P: 212-997-3205  F: 212-997-3209
sales@jbirnbach.com   www.jbirnbach.com

# INVOICE

**Date:** 12/23/2019
**Invoice #:** 38280

**Bill To:**
William Noble                    1053
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

**Ship To:**
William Noble
54 Highland Park Village
Dallas, TX 75205 USA
Tel: (214) 526-3890

A 1% finance charge per month will be applied to all late payments.

Wire Information: JP Morgan Chase-875 Saw Mill Rd, Ardsley, NY 10503
ABA# 021 0000 21    Acct# 653 023 320    Swift - CHASUS33

| CONTACT | SALESPERSON | CUST ORDER# | SHIP VIA | TRACKING# |
|---|---|---|---|---|
| Will | Jonathan Birnbach | | | |

| STOCK # | QTY | WT. | DESCRIPTION | UNIT $ | TOTAL |
|---|---|---|---|---|---|
| Overnight Shipping | | | Overnight Shipping Memo#99398 | $48.50 | $48.50 |
| | 0 | | | | |

| Terms | Due | Amount |
|---|---|---|
| 30 | 1/22/2020 | $48.50 |

Sub Total: $0.00
Charges: $48.50
Discount:
**TOTAL** $48.50

Signature: _____

For any product fabricated from rough diamonds mined from January 1, 2003 onward the seller warrants that the diamonds have been purchased from legitimate sources not involved in funding conflict and are in compliance with the United Nations resolutions. The seller hereby guarantees that the diamonds are conflict free, based on personal knowledge and/or written guarantees provided by the seller of these diamonds. For any product fabricated from rough diamonds mined prior to January 1, 2003 the seller warrants that conflict diamonds will not knowingly be sold and that to the best of their ability, will undertake reasonable measures to help prevent the sale of conflict diamonds in this country.

All sales are final.

DIAMOND TRACK Online™ - Copyright ©2022 Blueground Technologies LLC