**Exhibit 1**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| J.B. INTERNATIONAL, LLC D/B/A J. BIRNBACH, § § § *Plaintiff*, § § v. § § WILLIAM NOBLE RARE JEWELS, L.P. AND WILLIAM NOBLE, § § § *Defendants*. § | Civil Action No. 3:22-cv-01422-K |

### DECLARATION OF BRANDON J. GIBBONS

STATE OF TEXAS §
§
COUNTY OF TARRANT §

1. My name is Brandon J. Gibbons. I am over the age of eighteen (18) years and I am qualified to make this declaration. I have personal knowledge of the facts stated herein based upon my representation of the client in the above-referenced matter. The facts stated herein are true and correct.

2. I personally retrieved the documents labeled as Exhibits 2 through 8, and said documents are true and correct copies of the originals.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this the 2nd day of September 2022.

Brandon J. Gibbons, Local Counsel for Plaintiff