

05-102
(Rev.9-15/33)
FORM

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ Tcode  13196 Franchise

| ■ Taxpayer number | ■ Report year |
|---|---|
| 1 7 5 2 2 3 9 8 5 8 9 | 2 0 1 8 |

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

| Taxpayer name | WILLIAM NOBLE RARE JEWELS, LP |
|---|---|
| Mailing address | 100 HIGHLAND PARK VILLAGE SUITE 370 |
| City | DALLAS |
| State | TX |
| ZIP code plus 4 | 75205 |

○ Blacken circle if the mailing address has changed.

Secretary of State (SOS) file number or Comptroller file number: **0800606665**

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | 100 HIGHLAND PARK VILLAGE SUITE 370, DALLAS, TX, 75205 2784 |
|---|---|
| Principal place of business | 100 HIGHLAND PARK VILLAGE SUITE 370, DALLAS, TX, 75205 2784 |

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* This report must be signed to satisfy franchise tax requirements.

1000000000015

### SECTION A  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (mm/dd/yy) |
|---|---|---|---|
| WILLIAM NOBLE LP | | ○ YES | |
| Mailing address: 100 HIGHLAND PARK VILLAGE STE 370 | City: DALLAS | State: TX | ZIP Code: 75205 |
| WILLIAM NOBLE JR | | ○ YES | |
| Mailing address: 100 HIGHLAND PARK VILLAGE STE 370 | City: DALLAS | State: TX | ZIP Code: 75205 |
| BRITT BROOKSHIRE | | ○ YES | |
| Mailing address: 543 PARK HEIGHTS CIRCLE | City: TYLER | State: TX | ZIP Code: 75701 |

### SECTION B  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

### SECTION C  Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

| Agent: | WILLIAM NOBLE | | | |
|---|---|---|---|---|
| Office: | 100 HGHLND PRK VGE STE 370 | City: DALLAS | State: TX | ZIP Code: 75205 |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | WILLIAM NOBLE | Title: PARTNER | Date: 11/08/2018 | Area code and phone number: ( 214 ) 466 - 6777 |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

VE/DE ○     PIR IND ○



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ Tcode 13196 Franchise

■ Taxpayer number: 1 7 5 2 2 3 9 8 5 8 9

■ Report year: 2 0 1 8

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name: **WILLIAM NOBLE RARE JEWELS, LP**

Mailing address: **100 HIGHLAND PARK VILLAGE SUITE 370**

City: **DALLAS**  State: **TX**  ZIP code plus 4: **75205**

■ Blacken circle if the mailing address has changed.

Secretary of State (SOS) file number or Comptroller file number: **0800606665**

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: **100 HIGHLAND PARK VILLAGE SUITE 370, DALLAS, TX, 75205 2784**
Principal place of business: **100 HIGHLAND PARK VILLAGE SUITE 370, DALLAS, TX, 75205 2784**

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* This report must be signed to satisfy franchise tax requirements.

1000000000015

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (mm/dd/yy) |
|---|---|---|---|
| **BRIAN KLEIN** | | ○ YES | |
| Mailing address: **1818 BRODMOOR DRIVE EAST**  City: **SEATTLE**  State: **WA**  ZIP Code: **98112** | | | |
| **JAY SCHEIDEMAN** | | ○ YES | |
| Mailing address: **777 MAIN STREET SUITE 600**  City: **FORT WORTH**  State: **TX**  ZIP Code: **76102** | | | |
| | | ○ YES | |
| Mailing address:  City:  State:  ZIP Code: | | | |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
|  |  |  |  |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

Agent: **WILLIAM NOBLE**
Office: **100 HGHLND PRK VGE STE 370**  City: **DALLAS**  State: **TX**  ZIP Code: **75205**

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

sign here ▶  **WILLIAM NOBLE**   Title: **PARTNER**   Date: **11/08/2018**   Area code and phone number: **( 214 ) 466 - 6777**

**Texas Comptroller Official Use Only**

VE/DE ○    PIR IND ○

TRANSMITTER ID = CCHFTWSPROD

TLN = 00043118556