Exhibit 6

FILED
In the Office of the
Secretary of State of Texas
JAN 3 1 2006
Corporations Section

# CERTIFICATE OF FORMATION
## OF
## WILLIAM NOBLE GENPAR, LLC

The undersigned, being a natural person of the age of eighteen (18) years or more having the capacity to contract for herself or for another, acting as the sole organizer of a limited liability company under the Texas Business Organizations Code (the "Code"), hereby adopts the following Certificate of Formation for William Noble Genpar, LLC (the "Company"):

### ARTICLE I

The name of the Company is William Noble Genpar, LLC.

### ARTICLE II

The type of filing entity being formed is a limited liability company.

### ARTICLE III

The period of the Company's duration is perpetual unless dissolved pursuant to applicable Limited Liability Company Agreement of the Company.

### ARTICLE IV

The purpose for which the Company is organized is to engage in the transaction of any or all lawful business for which limited liability companies may be organized under the Code.

### ARTICLE V

The street address of the initial registered office of the Company is 100 Highland Park Village, Suite 370, Dallas, Texas 75205, and the name of its initial Registered Agent at such address is William Noble.

### ARTICLE VI

The Company is to be managed by its sole member and will not have managers. The name and address of its sole member is as follows:

| NAME | ADDRESS |
|---|---|
| William Noble | 100 Highland Park Village, Suite 370 Dallas, Texas 75205 |

RECEIVED
JAN 3 1 2006
Secretary of State

014029.00002:944573.03

## ARTICLE VII

The name and address of the organizer is as follows:

> Julie Miller
> 1717 Main Street, Suite 2800
> Dallas, Texas 75201

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation on this 31st day of January, 2006.

**ORGANIZER**

*/s/ Julie Miller*
Julie Miller

014029.00002:944573.03