# Gillespie CAD Property Search

**Exhibit 8**

## Property ID: 33083 For Year 2022

### 📍 Map



### 🔖 Property Details

| Account | |
|---|---|
| **Property ID:** | 33083 |
| **Legal Description:** | BIERSCHWALE SUBD LOT 1, 3.58, -HOMESITE- |
| **Geographic ID:** | S0118-0000-000100 |
| **Agent:** | |
| **Type:** | Real |
| **Location** | |
| **Address:** | 1440 N US HWY 87 TX |
| **Map ID:** | 7-M-e |
| **Neighborhood CD:** | FN |
| **Owner** | |
| **Owner ID:** | 337427 |
| **Name:** | NOBLE, WILLIAM JR |
| **Mailing Address:** | 1440 N US HWY 87<br>FREDERICKSBURG, TX 78624 |
| **% Ownership:** | 100.0% |

| | |
|---|---|
| **Exemptions:** | HS - Homestead |
| | For privacy reasons not all exemptions are shown online. |

## 🔖 Property Values

| | |
|---|---|
| **Improvement Homesite Value:** | $1,288,420 |
| **Improvement Non-Homesite Value:** | $255,700 |
| **Land Homesite Value:** | $201,410 |
| **Land Non-Homesite Value:** | $0 |
| **Agricultural Market Valuation:** | $0 |
| **Market Value:** | $1,745,530 |
| **Ag Use Value:** | $0 |
| **Appraised Value:** | $1,745,530 |
| **Homestead Cap Loss:** ❓ | $0 |
| **Assessed Value:** | $1,745,530 |

**The deadline to file a real property notice of protest was June 15, 2022 - VALUES DISPLAYED ARE 2022 CERTIFIED VALUES.**

Information provided for research purposes only. Legal descriptions and acreage amounts are for appraisal district use only and should be verified prior to using for legal purpose and or documents. Please contact the Appraisal District to verify all information for accuracy.

## 🔖 Property Taxing Jurisdiction

| Entity | Description | Market Value | Taxable Value |
|---|---|---|---|
| CAD | GILLESPIE CENTRAL APPRAISAL DISTRICT | $1,745,530 | $1,745,530 |
| G086 | GILLESPIE COUNTY | $1,745,530 | $1,745,530 |
| HUW | HILL CNTRY UWCD | $1,745,530 | $1,745,530 |
| SFB | FREDBG ISD | $1,745,530 | $1,695,530 |

| | | | | | |
|---|---|---|---|---|---|
| WCD | GILLESPIE WCID | | | $1,745,530 | $1,745,530 |

## 🔖 Property Improvement - Building

**Type:** RESIDENTIAL **State Code:** A1 **Living Area:** 4,003.00sqft **Value:** $1,288,420

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|---|---|---|---|---|---|
| DGE | DETACHED GARAGE EXC | * | | 0 | 1,040.00 |
| POOL | POOL | * | | 0 | 104.00 |
| PO | PATIO | * | | 0 | 185.00 |
| PO | PATIO | * | | 0 | 352.00 |
| PO | PATIO | * | | 0 | 0.00 |
| WD | WOOD DECK | * | | 0 | 288.00 |
| STGG | STORAGE GOOD | * | | 0 | 56.00 |
| BARN | BARN | * | | 0 | 608.00 |
| OP | OPEN PORCH | * | | 0 | 1,504.00 |
| OP | OPEN PORCH | * | | 0 | 72.00 |
| CP | CARPORT | * | | 0 | 400.00 |
| MA | MAIN AREA | M8 | SI | 1931 | 1,704.00 |
| MA | MAIN AREA | M8 | | 0 | 1,259.00 |
| MA | MAIN AREA | M7 | | 0 | 1,040.00 |

**Description:** GUEST HOUSE **Type:** RESIDENTIAL **State Code:** A1 **Living Area:** 852.00sqft **Value:** $255,700

| Type | Description | Class CD | Year Built | SQFT |
|---|---|---|---|---|
| LOFT | LOFT | M7 | 0 | 360.00 |
| WD | WOOD DECK | M7 | 0 | 180.00 |
| OP | OPEN PORCH | M7 | 0 | 300.00 |
| MA | MAIN AREA | M7 | 0 | 852.00 |

## 🔖 Property Land

| Type | Description | Acreage | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|---|
| RN2 | NATIVE PASTURE 2 | 3.58 | 155,944.80 | 0.00 | 0.00 | $201,410 | $0 |

## 🔖 Property Roll Value History

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap Loss | Assessed |
|---|---|---|---|---|---|---|
| 2023 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2022 | $1,544,120 | $201,410 | $0 | $1,745,530 | $0 | $1,745,530 |
| 2021 | $936,910 | $161,540 | $0 | $1,098,450 | $0 | $1,098,450 |
| 2020 | $745,970 | $172,750 | $0 | $918,720 | $0 | $918,720 |
| 2019 | $712,570 | $161,730 | $0 | $874,300 | $0 | $874,300 |
| 2018 | $686,480 | $127,160 | $0 | $813,640 | $0 | $813,640 |
| 2017 | $684,080 | $127,160 | $0 | $811,240 | $0 | $811,240 |
| 2016 | $1,002,000 | $118,690 | $0 | $1,120,690 | $0 | $1,120,690 |
| 2015 | $673,030 | $118,690 | $0 | $791,720 | $15,252 | $776,468 |
| 2014 | $420,820 | $94,950 | $0 | $515,770 | $0 | $515,770 |
| 2013 | $420,820 | $87,040 | $0 | $507,860 | $0 | $507,860 |
| 2012 | $294,410 | $87,040 | $0 | $381,450 | $0 | $381,450 |
| 2011 | $185,880 | $87,040 | $0 | $272,920 | $0 | $272,920 |

## 🔖 Property Deed History

| Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Number |
|---|---|---|---|---|---|---|---|
| 8/17/2020 | WDVL | WARRANTY DEED VENDORS LIEN | MISTICH, SHEILA J | NOBLE, WILLIAM JR | 20204768 | | |
| 7/9/2010 | WD | WARRANTY DEED | HOWARD, STEVE A | MISTICH, SHEILA J | 20102870 | | |
| 8/6/2002 | SWD | SPECIAL WARRANTY DEED | HOWARD, STEVE A & NANCY B | HOWARD, STEVE A | 471 | 796 | 0 |
| 7/27/1999 | WDVL | WARRANTY DEED VENDORS LIEN | BIERSCHWALE, CLARIBEL | HOWARD, STEVE A & NANCY B | 377 | 190 | 0 |
| 12/29/1995 | PROBATE | | BIERSCHWALE, ROY M & CLARIBEL | BIERSCHWALE, CLARIBEL | P-6763 | | 0 |

# 🔖 Estimated Tax Due

## **ATTENTION**

Indicated amount may not reflect delinquent tax due beyond a 5-year history. Partial payments or contract payments may not be reflected. Quarter payments that are made according to Section 31.031 of the Texas Property Tax Code are not considered delinquent.

**If Paid:**

9/2/2022

| Year | Taxing Jurisdiction | Taxable Value | Base Tax | Base Taxes Paid | Base Tax Due | Discount/Penalty & Interest | Attorney Fees | Amount Due |
|---|---|---|---|---|---|---|---|---|
| 2022 | GILLESPIE COUNTY | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 2022 | HILL CNTRY UWCD | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 2022 | FREDBG ISD | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 2022 | GILLESPIE WCID | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| | **2022 Total:** | | N/A | N/A | N/A | N/A | N/A | N/A |
| 2021 | GILLESPIE COUNTY | $1,098,450 | $3,929.15 | $3,929.15 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2021 | HILL CNTRY UWCD | $1,098,450 | $62.61 | $62.61 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2021 | FREDBG ISD | $1,098,450 | $10,745.03 | $10,745.03 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2021 | GILLESPIE WCID | $1,098,450 | $2.10 | $2.10 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 2021 Total: | | $14,738.89 | $14,738.89 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2020 | GILLESPIE COUNTY | $918,720 | $3,715.30 | $3,715.30 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2020 | HILL CNTRY UWCD | $918,720 | $56.96 | $56.96 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2020 | FREDBG ISD | $893,720 | $9,431.43 | $9,431.43 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2020 | GILLESPIE WCID | $918,720 | $1.84 | $1.84 | $0.00 | $0.00 | $0.00 | $0.00 |

| Year | Entity | | | | | | | |
|------|--------|---|---|---|---|---|---|---|
|      | 2020 Total: |            | $13,205.53  | $13,205.53  | $0.00 | $0.00 | $0.00 | $0.00 |
| 2019 | GILLESPIE COUNTY | $874,300 | $3,606.49 | $3,606.49 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2019 | HILL CNTRY UWCD | $874,300 | $54.21 | $54.21 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2019 | FREDBG ISD | $849,300 | $9,140.17 | $9,140.17 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2019 | GILLESPIE WCID | $874,300 | $1.75 | $1.75 | $0.00 | $0.00 | $0.00 | $0.00 |
|      | 2019 Total: |          | $12,802.62  | $12,802.62  | $0.00 | $0.00 | $0.00 | $0.00 |
| 2018 | GILLESPIE COUNTY | $813,640 | $3,320.46 | $3,320.46 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2018 | HILL CNTRY UWCD | $813,640 | $54.51 | $54.51 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2018 | FREDBG ISD | $788,640 | $9,039.40 | $9,039.40 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2018 | GILLESPIE WCID | $813,640 | $1.63 | $1.63 | $0.00 | $0.00 | $0.00 | $0.00 |
|      | 2018 Total: |          | $12,416.00  | $12,416.00  | $0.00 | $0.00 | $0.00 | $0.00 |
| 2017 | GILLESPIE COUNTY | $811,240 | $3,244.14 | $3,244.14 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2017 | HILL CNTRY UWCD | $811,240 | $57.60 | $57.60 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2017 | FREDBG ISD | $786,240 | $9,011.89 | $9,011.89 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2017 | GILLESPIE WCID | $811,240 | $1.62 | $1.62 | $0.00 | $0.00 | $0.00 | $0.00 |
|      | 2017 Total: |          | $12,315.25  | $12,315.25  | $0.00 | $0.00 | $0.00 | $0.00 |
| 2016 | GILLESPIE COUNTY | $1,120,690 | $4,866.04 | $4,866.04 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2016 | HILL CNTRY UWCD | $1,120,690 | $87.41 | $87.41 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2016 | FREDBG ISD | $1,095,690 | $12,558.80 | $12,558.80 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2016 | GILLESPIE WCID | $1,120,690 | $2.24 | $2.24 | $0.00 | $0.00 | $0.00 | $0.00 |
|      | 2016 Total: |          | $17,514.49  | $17,514.49  | $0.00 | $0.00 | $0.00 | $0.00 |
| 2015 | GILLESPIE COUNTY | $776,468 | $3,220.01 | $3,220.01 | $0.00 | $0.00 | $0.00 | $0.00 |

| Year | Entity | | | | | | |
|---|---|---:|---:|---:|---:|---:|---:|---:|
| 2015 | HILL CNTRY UWCD | $776,468 | $60.56 | $60.56 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2015 | FREDBG ISD | $751,468 | $8,613.33 | $8,613.33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2015 | GILLESPIE WCID | $776,468 | $1.55 | $1.55 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 2015 Total: | | $11,895.45 | $11,895.45 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2014 | GILLESPIE COUNTY | $515,770 | $2,048.12 | $2,048.12 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2014 | HILL CNTRY UWCD | $515,770 | $43.84 | $43.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2014 | FREDBG ISD | $500,770 | $5,739.83 | $5,739.83 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2014 | GILLESPIE WCID | $515,770 | $1.03 | $1.03 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 2014 Total: | | $7,832.82 | $7,832.82 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2013 | GILLESPIE COUNTY | $507,860 | $1,932.41 | $1,932.41 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2013 | HILL CNTRY UWCD | $507,860 | $40.63 | $40.63 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2013 | FREDBG ISD | $492,860 | $5,649.16 | $5,649.16 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2013 | GILLESPIE WCID | $507,860 | $1.02 | $1.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 2013 Total: | | $7,623.22 | $7,623.22 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2012 | GILLESPIE COUNTY | $381,450 | $1,182.88 | $1,182.88 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2012 | HILL CNTRY UWCD | $381,450 | $28.61 | $28.61 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2012 | FREDBG ISD | $381,450 | $4,372.18 | $4,372.18 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2012 | GILLESPIE WCID | $381,450 | $0.38 | $0.38 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 2012 Total: | | $5,584.05 | $5,584.05 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2011 | GILLESPIE COUNTY | $272,920 | $761.45 | $761.45 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2011 | HILL CNTRY UWCD | $272,920 | $19.65 | $19.65 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2011 | FREDBG ISD | $272,920 | $3,128.21 | $3,128.21 | $0.00 | $0.00 | $0.00 | $0.00 |

Case 3:22-cv-01422-K   Document 14-8   Filed 09/02/22   Page 8 of 8   PageID 137

| 2011 | GILLESPIE WCID | $272,920 | $0.27 | $0.27 | $0.00 | $0.00 | $0.00 | $0.00 |
|------|----------------|----------|-------|-------|-------|-------|-------|-------|
|      | 2011 Total:    |          | $3,909.58 | $3,909.58 | $0.00 | $0.00 | $0.00 | $0.00 |