UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| J.B. INTERNATIONAL, LLC<br>D/B/A J. BIRNBACH,<br><br>   *Plaintiff*,<br><br>v.<br><br>WILLIAM NOBLE RARE JEWELS, L.P.<br>AND WILLIAM NOBLE,<br><br>   *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:22-cv-01422-K |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

On this day, the Court considered Plaintiff's Motion for Extension of Time to File Amended Complaint (the "Motion") and, having considered the Motion and the circumstances set forth therein, the Court is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff, J.B. International, LLC d.b.a J. Birnbach, is hereby granted an extension to the August 18, 2022, deadline set forth in the Court's Order (Doc. No. 10) for a period of two weeks.

IT IS FURTHER ORDERED that Plaintiff, J.B. International, LLC d.b.a J. Birnbach, file an Amended Complaint on or before September 16, 2022.

###END OF ORDER###