**TEXAS SECRETARY of STATE**
**JOHN B. SCOTT**

Exhibit 10

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800606642 | **Entity Type:** | Domestic Limited Partnership (LP) |
| **Original Date of Filing:** | January 31, 2006 | **Entity Status:** | In existence |
| **Formation Date:** | January 17, 1983 | | |
| **Tax ID:** | 17518557750 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | William Noble, L.P. | | |
| **Address:** | 100 Highland Park Village, Suite 370 Dallas, TX 75205 USA | | |

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS

| Last Update | Name | Title | Address |
|---|---|---|---|
| February 20, 2012 | William Noble Genpar, LLC | General Partner | 100 Highland Park Village, Suite 370 Dallas, TX 75205 USA |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.