# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

J.B Int'l, LLC d/b/a J/ Birnbach
Plaintiff

v.

3:22-cv-01422
Civil Action No.

William Noble Rare Jewels, L.P. et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant's William Noble Rare Jewels L.P. and William Noble

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

William Noble Rare Jewels, L.P.
J. Birnbach

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

William Noble
William Noble Rare Jewels, L.P.
J.B. International d/b/a J. Birnbach

| | |
|---|---|
| Date: | 01/03/2023 |
| Signature: | /s/ Trey Crawford |
| Print Name: | Trey Crawford |
| Bar Number: | 24059623 |
| Address: | 1700 Pacific Avenue, #2390 |
| City, State, Zip: | Dallas, TX 75201 |
| Telephone: | 214-817-4500 |
| Fax: | 214-602-6551 |
| E-Mail: | tcrawford@cwl.law |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.