UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| J.B. INTERNATIONAL, LLC §<br>d/b/a J. BIRNBACH §<br>  §<br>    Plaintiff, §<br>  § Civil Action No. 3:22-cv-01422<br>v. §<br>  §<br>WILLIAM NOBLE RARE JEWELS, L.P. §<br>and WILLIAM NOBLE, §<br>  §<br>    Defendants. § | |

## MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, J.B. International, LLC d/b/a J. Birnbach ("J.B. International"), by and through its undersigned counsel, for its Motion for Summary Judgment as to Counts I ("Breach of Letter Agreement") and Count II ("Breach of January Memorandum") of the Second Amended Complaint rely upon the facts and law stated in the Brief in Support of Motion for Summary Judgment.

**Summary**

In accordance with L.R. 56.3(a)(1), J.B. International states that both Count I and II of the Complaint are breach of contract claims. The elements of the claims are (1) the existence of a valid contract; (2) the plaintiff performed or tendered performance as the contract required; (3) the defendant breached the contract by failing to perform or tender performance as the contract required; and (4) the plaintiff sustained damages as a result of the breach.

Dated:  August 21, 2023

        Respectfully Submitted,

        KAMINSKI LAW, PLLC

        */s/ Shanna M. Kaminski*
        Shanna M. Kaminski
        MI Bar No. P74013
        P.O. Box 247
        Grass Lake, Michigan 49240
        (248) 462-7111- Telephone
        skaminski@kaminskilawpllc.com

        *Counsel for Plaintiff*

        -and-

        PADFIELD & STOUT, L.L.P.
        420 Throckmorton Street, Suite 1210
        Fort Worth, Texas 76102
        (817) 338-1616 - Telephone
        (817) 338-1610 - Facsimile

        /s/ Brandon J. Gibbons
        Mark W. Stout
        State Bar I.D. #24008096
        mstout@padfieldstout.com
        Brandon J. Gibbons
        State Bar I.D. #24082516
        bgibbons@padfieldstout.com

        *Local Counsel for Plaintiff*

## Certificate of Service

The undersigned hereby certifies a true and correct copy of the foregoing was electronically served on all counsel of record via the Court's ECF system on August 21, 2023.

        /s/ Brandon J. Gibbons
        Brandon J. Gibbons