Sales <sales@jbirnbach.com>  3/3/2020 8:49 AM

## Fwd: Personal Guarantee

To sales@jbirnbach.com <sales@jbirnbach.com>

Sent from my iPhone

Begin forwarded message:

> **From:** William Noble <will@williamnoble.com>
> **Date:** December 20, 2019 at 3:34:58 PM EST
> **To:** sales jbirnbach.com
> **Subject: Personal Guarantee**
>
> Johnathan
> I personally guarantee anything we buy.
> Bill
>
> Sent from my iPhone
> DISCLAIMER: This communication, together with any link(s) &/or attachment(s), is exclusively for the intended recipient(s) named above. It contains information that may be confidential, proprietary, personal &/or privileged. If you are not an intended recipient(s), distribution, forwarding, copying or other transmission of this communication or the information contained therein, or any use, action or reliance on this communication is strictly prohibited. Information transmitted that is protected by the Attorney-Client privilege and reviewed in error or otherwise by persons other than the intended recipient(s) shall not constitute a waiver of the Attorney-Client privilege. If you have received this facsimile, e-mail, or memorandum in error, please notify the sender immediately by telephone or by return e-mail, and delete this facsimile, e-mail, or memorandum along with any attachments.
>
> This message, its contents and attachments are confidential. If you have received this message in error, do not use or rely upon it. It is strictly forbidden to share any part of this message with any third party without the written consent of the sender. Instead, please inform the sender by email, reply, and then delete it.

August ___, 2019
Page 3

**THE FOREGOING TERMS ARE
HEREBY AGREED TO AND ACCEPTED**

_____
William Noble