IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| J.B. INTERNATIONAL, LLC d/b/a J. BIRNBACH, | § § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 3:22-cv-01422 |
| v. | § § | |
| WILLIAM NOBLE RARE JEWELS, L.P., and WILLIAM NOBLE, | § § § § | |
| Defendants. | § | |

**DEFENDANTS' INITIAL DISCLOSURES**

Defendants William Noble Rare Jewels, L.P., ("***WNRJ***") and William Noble ("***Noble***") (collectively, "***Defendants***"), serve this, their Initial Disclosures, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

**(i)** **The name, address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses.**

**RESPONSE**:

| Name | Brief Description |
|---|---|
| Employees, representatives, and/or agents of J.B. International, LLC d/b/a J. Birnbach, including, but not limited to: Jonathan Birnbach c/o KAMINSKI LAW, PLLC Shanna M. Kaminski MI Bar No. P74013 skaminski@kaminskilawpllc.com - And - PADFIELD & STOUT, LLP Mark W. Stout State Bar No. 24008096 mstout@padfieldstout.com Brandon J. Gibbons State Bar No. 24082516 bgibbons@padfieldstout.com 420 Throckmorton Street, Suite 1210 | J.B. International is the plaintiff and has knowledge of relevant facts related to the allegations asserted against WNRJ and Noble. |

| | |
|---|---|
| Fort Worth, Texas 76102<br>Telephone: (817) 338-1616<br>Facsimile: (817) 338-1610 | |
| Employees, representatives, and/or agents of William Noble Rare Jewels, L.P., including, but not limited to:<br>William Noble<br>c/o CRAWFORD, WISHNEW & LANG PLLC<br>Trey Crawford<br>State Bar No. 24059623<br>tcrawford@cwl.law<br>Cameron E. Jean<br>State Bar No. 24097883<br>cjean@cwl.law<br>1700 Pacific Avenue, Suite 2390<br>Dallas, Texas 75201<br>Telephone: (214) 817-4500<br>Facsimile: (214) 602-6551 | WNRJ is a defendant and has knowledge of relevant facts related to the claims and defenses in this case. |
| William Noble<br>c/o Crawford, Wishnew & Lang PLLC<br>Trey Crawford<br>State Bar No. 24059623<br>tcrawford@cwl.law<br>Cameron E. Jean<br>State Bar No. 24097883<br>cjean@cwl.law<br>1700 Pacific Avenue, Suite 2390<br>Dallas, Texas 75201<br>Telephone: (214) 817-4500<br>Facsimile: (214) 602-6551 | Noble is a defendant and has knowledge of relevant facts related to the claims and defenses in this case. |
| Jeffrey A. Mitchell<br>Address Unknown<br>Phone Number Unknown | Mitchell has knowledge regarding the terms of the Letter Agreement. |

Defendants reserve the right to supplement this disclosure with names and addresses of additional individuals as they become known during the course of discovery.

**(ii)** **A description by category and location of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody or control and may use to support their claims or defenses.**

**<u>RESPONSE</u>**:

Defendants have not yet determined all the documents, electronically stored information, and tangible things that it has in its possession, custody, or control, that they may use to support their claims or defenses. They have identified the following:

- Invoices and memorandums between the parties;

---

- Correspondence, including emails and text messages, between the Parties regarding the Letter Agreement;
- Correspondence, including emails and text messages, between the Parties regarding memorandums and invoices; and
- Receipts of payments made to J. Birnbach.

Defendants reserve the right to supplement this disclosure with additional discoverable documents as they become known during the course of discovery.

**(iii)    A computation of each category of damages.**

**RESPONSE:**  None at this time.

**(iv)    Any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

**RESPONSE:**    N/A. Defendants reserve the right to supplement this disclosure with additional discoverable documents as they become known during the course of discovery.

Respectfully submitted,

*/s/ Trey Crawford*
**Trey Crawford**
Texas Bar No. 24059623
tcrawford@cwl.law
**Cameron Jean**
Texas Bar No. 24097883
cjean@cwl.law
**CRAWFORD, WISHNEW & LANG PLLC**
1700 Pacific Avenue
Suite 2390
Dallas, Texas 75201
(214)817-4500 Telephone
(214)602-6551 Fax

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2023, a true and correct copy of the foregoing document was forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure.

*/s/ Trey Crawford*
Trey Crawford

Defendants' Initial Disclosures