IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| J.B. INTERNATIONAL, LLC d/b/a J. BIRNBACH, | § § § § § § § § § § | |
| Plaintiff, | | |
| | | Civil Action No. 3:22-cv-01422 |
| v. | | |
| WILLIAM NOBLE RARE JEWELS, L.P., and WILLIAM NOBLE, | | |
| Defendants. | | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pending before the Court is Defendants William Noble Rare Jewels, L.P. and William Noble's (collectively, the "Defendants") Unopposed Motion for Extension of Time to Respond to Plaintiff J.B. International, LLC d/b/a J. Birnbach's ("Plaintiff") Motion for Summary Judgment. Doc. Nos. 36-37. The Court, having considered the Motion and noting that it is unopposed, finds there is good cause for its requested relief and the Motion should be granted.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and Defendants' deadline to respond to Plaintiff's Motion for Summary Judgment is extended by twenty-one (21) days from the date Plaintiff fully responds to the Discovery Requests.

Dated this _____ day of September 2023.

_____
ED KINKEADE
UNITED STATES DISTRICT COURT JUDGE

ORDER – Page 1