IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| J.B. INTERNATIONAL, LLC d/b/a J. BIRNBACH, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:22-cv-01422 |
| WILLIAM NOBLE RARE JEWELS, L.P., and WILLIAM NOBLE, | § § § § | |
| Defendants. | § | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Northern District of Texas Local Rules 7.1 and 56.4, Defendants William Noble Rare Jewels, L.P. ("WNRJ") and William Noble ("Noble") (collectively, the "Defendants") submit this *Response* (the "Response") to *Plaintiff's Motion for Summary Judgment* (the "Motion") (Dkts. #36-37). Pursuant to Northern District of Texas Local Rule 56.4(b), Defendants state that each of the matters required by Local Rule 56.4(a) will be set forth in Defendants' Brief in Opposition of Plaintiff's Motion for Summary Judgment, filed contemporaneously herewith and fully incorporated herein by reference (the "Brief").

For the reasons set forth in the Brief, Defendants respectfully request the Court deny Plaintiff's Motion as requested therein; and grant Defendants any and all other relief, special or general, at law or in equity, to which Defendants are justly entitled.

Dated: October 6, 2023            Respectfully Submitted,

            **CRAWFORD, WISHNEW & LANG PLLC**

          By: */s/ Trey Crawford*
            **TREY CRAWFORD**
            Texas State Bar No. 24059623
            tcrawford@cwl.law
            Attorney-in-Charge
            **CAMERON E. JEAN**
            Texas State Bar No. 24097883
            cjean@cwl.law

            1700 Pacific Avenue, Suite 2390
            Dallas, Texas 75201
            Telephone: (214) 817-4500
            Facsimile: (214) 602-6551

            **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that, on October 6, 2023, a true and correct copy of this document was served on all parties and counsel of record via e-file.

            */s/ Trey Crawford*
            Trey Crawford