IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| J.B. INTERNATIONAL, LLC d/b/a J. BIRNBACH, § § § Plaintiff, § § v. § § WILLIAM NOBLE RARE JEWELS, L.P., § and WILLIAM NOBLE, § § Defendants. | Civil Action No. 3:22-cv-01422 |

## DEFENDANTS' WITNESS AND EXHIBIT LIST

Pursuant to the Court's Scheduling Order, Doc. No. 27, and FED. R. CIV. P. 26(a)(3)(A)-(B) Defendants William Noble Rare Jewels, L.P. and William "Bill" Noble (collectively, "***Defendants***") and hereby submit this, their Witness and Exhibit List.

### I.    WITNESSES

| Witness Name | Expects to Call | May Call |
|---|---|---|
| Jonathan Birnbach | X | |
| William "Bill" Noble | X | |
| Jeffrey A. Mitchell | | X |
| Trey Crawford | X | |

Additionally, Defendants hereby cross-designate any and all individuals and/or entities designated by Plaintiff in Plaintiff's Witness List(s), whether in Plaintiff's case-in-chief or in rebuttal. Defendants reserve the right to call witnesses in rebuttal.

## II. EXHIBITS

| Ex. No. | Date | Description | Bates No. | Offered (O) Object (OBJ) Admitted (ADM) Pre-Admitted (P-ADM) |
|---|---|---|---|---|
| 1. | Various | Memorandums | N/A – Produced by Plaintiff on 9/15/2023 and/or attached to live pleading | |
| 2. | Various | Invoices | N/A – Produced by Plaintiff on 9/15/2023 and/or attached to live pleading | |
| 3. | 8/13/2019 | Letter Agreement | N/A – Produced by Plaintiff on 9/15/2023 and/or attached to live pleading | |
| 4. | 3/3/2020 | Email communication between parties | N/A – Produced by Plaintiff on 7/18/2023 | |
| 5. | 7/20/2023 | Balance Calculation | N/A – Produced by Plaintiff on 7/20/2023 | |

Defendants expect to offer each of the exhibits listed above. Defendants hereby cross-designate any exhibit listed on Plaintiff's exhibit list. Defendants reserve the right to supplement or amend their Witness and Exhibit List, up to and during Trial. Defendants further reserve the right to offer as an exhibit any document produced by Plaintiffs in response to discovery requests.

Dated: December 8, 2023

        Respectfully submitted,

        */s/ Trey Crawford*
        **Trey Crawford**
        Texas Bar No. 24059623
        tcrawford@cwl.law
        **Cameron Jean**
        Texas Bar No. 24097883
        cjean@cwl.law

        **CRAWFORD, WISHNEW & LANG PLLC**
        1700 Pacific Avenue
        Suite 2390
        Dallas, Texas 75201
        (214) 817-4500 Telephone
        (214) 602-6551 Fax

        **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

    I hereby certify that on December 8, 2023, a true and correct copy of the foregoing document was forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure.

        */s/ Trey Crawford*
        Trey Crawford