UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| J.B. INTERNATIONAL, LLC d/b/a J. BIRNBACH §§§§§ *Plaintiff*, v. WILLIAM NOBLE RARE JEWELS, L.P. and WILLIAM NOBLE, *Defendants*. §§§§§§ | Civil Action No. 3:22-cv-01422 |

## JB INTERNATIONAL, LLC D/B/A J. BIRNBACH'S RULE 26(a)(3) PRE-TRIAL DISCLOSURES[1]

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, JB International, LLC d/b/a J. Birnbach's ("JB International") hereby makes the following initial disclosures:

**Witnesses**

| Witness Name | Address | Expected to Call/Call if Needed | Called/Not Called |
|---|---|---|---|
| **Jonathan Birnbach** | c/o Kaminski Law, PLLC Shanna M. Kaminski P.O. Box. 725220 Berkley, MI 48072 (248) 462-7111 | **Expected to Call** | |
| **William "Bill" Noble** | c/o Crawford, Wishnew & Lang, PLLC 1700 Pacific Ave. Suite 2390 Dallas, TX 75201 | **Expected to Call** | |
| **Shanna M. Kaminski** | c/o Kaminski Law, PLLC Shanna M. Kaminski P.O. Box. 725220 Berkley, MI 48072 | **Expected to Call** | |

---

[1] Plaintiff's disclosure statement was filed and served a few hours late. To the extent necessary, Plaintiff requests leave to file such disclosures and to have the same deemed timely due to the lack of prejudice to any other party.

**PLAINTIFF'S PRE-TRIAL RULE 26 DISCLOSURE STATEMENT -**                                                                     **PAGE 1**

|  |  |  |  |
|---|---|---|---|
|  | (248) 462-7111 |  |  |
| **Jeffrey A. Mitchell** | Unknown (will supplement if able) | **Call if Needed** |  |
| **Brandon J. Gibbons** | 420 Throckmorton St. Suite 1210 Fort Worth, TX 76102 | **Call if Needed** |  |
| **Mark W. Stout** | 420 Throckmorton St. Suite 1210 Fort Worth, TX 76102 | **Call if Needed** |  |

Plaintiff further cross-designates any and all individuals and/or corporate representatives of any entities designated by the Defendants, regardless of whether such witness designation is made solely for rebuttal or for other purposes. Additionally, Plaintiff reserves the right to supplement or amend as needed within the confines of the Federal Rules of Civil Procedure and reserves the right to call witnesses in rebuttal.

| Ex. No. | Date | Description | Bates No./Other Production Information | Offered/Objection Made/Admitted/Admitted via Agreement |
|---|---|---|---|---|
| Pl. 1 | Multiple | Various Memorandums regarding consignment of products as described therein | Attached to various live pleadings, including the Motion for Summary Judgment as DN 37-2 and 37-5 |  |
| Pl. 2 | Multiple | Various invoices for products as described therein | Attached to various live pleadings, including the Motion for Summary Judgment as DN 37-3 and 37-6 |  |
| Pl. 3 | In or about August 2019 | Letter Agreement Regarding Amounts Owed | Attached to various live pleadings, including the Motion for Summary Judgment as DN 37-4 |  |
| Pl. 4 | Around March 3, 2020 | Email Between Parties | Attached to various live pleadings, including the Motion for Summary Judgment at DN 37-7 |  |

| | | | | |
|---|---|---|---|---|
| Pl. 5 | January 30, 2023 | Defendants' Disclosures | Produced by Defendants | |
| Pl. 6 | July 13, 2023 | Balance Calculation | Produced to Defendants | |
| Pl. 7 | Various | Attorney's Fees Invoices | Will be supplemented prior to trial | |
| Pl. 8 | Various (Dates as indicated on documents) | Various Reports demonstrating amounts paid, memorandums owed, and invoices owed | Produced to Defendants. | |

Plaintiff reserves the right to introduce any exhibits designated by the Defendants and any exhibits necessary for rebuttal. Further, to the fullest extent allowed, Plaintiff reserves the right to supplement, amend, or edit this Pre-trial disclosure as such may become necessary and will do so as promptly as possible. Additionally, Plaintiff reserves the right to offer any exhibits produced by any party to this litigation or attached to any pleading or discovery product in this case.

Dated: December 9, 2023

Respectfully Submitted,

PADFIELD & STOUT, L.L.P.

420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
(817) 338-1616 - Telephone
(817) 338-1610 - Facsimile

/s/ Brandon J. Gibbons
Mark W. Stout
State Bar I.D. #24008096
mstout@padfieldstout.com
Brandon J. Gibbons
State Bar I.D. #24082516
bgibbons@padfieldstout.com

*Local Counsel for Plaintiff*

        KAMINSKI LAW, PLLC

        */s/ Shanna M. Kaminski*
        By: Shanna M. Kaminski
        MI Bar No. P74013
        P.O. Box. 725220
        Berkley, MI 48072
        (248) 462-7111
        skaminski@kaminskilawpllc.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been forwarded to the counsel of record via e-service on December 9, 2023.

/s/ Brandon J. Gibbons
Brandon J. Gibbons