UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| J.B. INTERNATIONAL, LLC d/b/a J. BIRNBACH,<br><br>  *Plaintiff*,<br><br>v.<br><br>WILLIAM NOBLE RARE JEWELS, L.P. and WILLIAM NOBLE,<br><br>  *Defendants*. | §<br>§<br>§<br>§<br>§  Civil Action No. 3:22-cv-01422<br>§<br>§<br>§<br>§<br>§<br>§ |

**JB INTERNATIONAL, LLC D/B/A J. BIRNBACH'S WITNESS LIST FOR TRIAL**

Pursuant to the Scheduling Order [Doc. # 27] entered by the Court on February 7, 2023, JB International, LLC d/b/a J. Birnbach's ("JB International") hereby files its Witness List for the trial on January 16, 2024.

**Probable Witnesses**

| Witness Name | Address | Testimony | Time Length |
|---|---|---|---|
| **Jonathan Birnbach** | c/o Kaminski Law, PLLC<br>Shanna M. Kaminski<br>P.O. Box. 725220<br>Berkley, MI 48072<br>(248) 462-7111 | **Mr. Birnbach will testify regarding the underlying business relationship between the parties, the relevant invoices and memorandums as well as the amounts due and owing, the default by the Defendants, and conversations between the parties. Further, Mr. Birnbach will testify regarding Plaintiff's damages and the need to hire and pay counsel.** | **4-5 hours** |
| **William "Bill" Noble** | c/o Crawford, Wishnew & Lang, PLLC<br>1700 Pacific Ave.<br>Suite 2390<br>Dallas, TX 75201 | **Mr. Noble is a defendant and corporate representative of the other defendant. Mr. Noble is expected to testify regarding the business transactions at issue, the** | **60-90 minutes** |

|  |  | disposition of the subject products, the various defaults under the obligations subject of this suit, and the balances owed. |  |
|---|---|---|---|
| **Shanna M. Kaminski** | c/o Kaminski Law, PLLC<br>Shanna M. Kaminski<br>P.O. Box. 725220<br>Berkley, MI 48072<br>(248) 462-7111 | **Ms. Kaminski will testify via narrative regarding the attorney's fees incurred in this matter by Plaintiff.** | **15 minutes** |

### Possible Witnesses

| Witness Name | Address | Testimony | Time Length |
|---|---|---|---|
| **Jeffrey A. Mitchell** | Unknown (will supplement if able) |  |  |
| **Brandon J. Gibbons** | 420 Throckmorton St. Suite 1210<br>Fort Worth, TX 76102 | **Mr. Gibbons will testify via narrative regarding the attorney's fees incurred in this matter by Plaintiff.** | **15 minutes** |
| **Mark W. Stout** | 420 Throckmorton St. Suite 1210<br>Fort Worth, TX 76102 | **Mr. Stout will testify via narrative regarding the attorney's fees incurred in this matter by Plaintiff.** | **15 minutes** |

### Expert Witnesses

| Witness Name | Address | Testimony | Time Length |
|---|---|---|---|
| **Brandon J. Gibbons** | 420 Throckmorton St. Suite 1210<br>Fort Worth, TX 76102 | **Expert testimony will be on fees.** | **15 minutes** |
| **Mark W. Stout** | 420 Throckmorton St. Suite 1210<br>Fort Worth, TX 76102 | **Expert testimony will be on fees.** | **15 minutes** |
| **Shanna M. Kaminski** | c/o Kaminski Law, PLLC<br>Shanna M. Kaminski<br>P.O. Box. 725220<br>Berkley, MI 48072<br>(248) 462-7111 | **Ms. Kaminski will testify via narrative regarding the attorney's fees incurred in this matter by Plaintiff.** | **15 minutes** |

## Record Custodians

| Witness Name | Address | Testimony | Time Length |
|---|---|---|---|
| **Jonathan Birnbach** | c/o Kaminski Law, PLLC<br>Shanna M. Kaminski<br>P.O. Box. 725220<br>Berkley, MI 48072<br>(248) 462-7111 | **Mr. Birnbach will testify regarding the underlying business relationship between the parties, the relevant invoices and memorandums as well as the amounts due and owing, the default by the Defendants, and conversations between the parties. Further, Mr. Birnbach will testify regarding Plaintiff's damages and the need to hire and pay counsel. Mr. Birnbach will prove up the applicable documents and business records.** | 4-5 hours |

Plaintiff further cross-designates any and all individuals and/or corporate representatives of any entities designated by the Defendants, regardless of whether such witness designation is made solely for rebuttal or for other purposes. Additionally, Plaintiff reserves the right to supplement or amend as needed within the confines of the Federal Rules of Civil Procedure and reserves the right to call witnesses in rebuttal.

Dated: December 18, 2023

        Respectfully Submitted,

        PADFIELD & STOUT, L.L.P.

        420 Throckmorton Street, Suite 1210
        Fort Worth, Texas 76102
        (817) 338-1616 - Telephone
        (817) 338-1610 - Facsimile

        /s/ Brandon J. Gibbons
        Mark W. Stout
        State Bar I.D. #24008096
        mstout@padfieldstout.com
        Brandon J. Gibbons
        State Bar I.D. #24082516
        bgibbons@padfieldstout.com

        *Local Counsel for Plaintiff*


        KAMINSKI LAW, PLLC

        */s/ Shanna M. Kaminski*
        By: Shanna M. Kaminski
        MI Bar No. P74013
        P.O. Box. 725220
        Berkley, MI 48072
        (248) 462-7111
        skaminski@kaminskilawpllc.com

        *Attorneys for Plaintiff*


## **CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing has been forwarded to the counsel of record via e-service on December 18, 2023.

        /s/ Brandon J. Gibbons
        Brandon J. Gibbons