UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| J.B. INTERNATIONAL, LLC<br>d/b/a J. BIRNBACH<br><br>    *Plaintiff*,<br><br>v.<br><br>WILLIAM NOBLE RARE JEWELS, L.P.<br>and WILLIAM NOBLE,<br><br>    *Defendants*. | § § § § § § § § § § § § | Civil Action No. 3:22-cv-01422 |

## JB INTERNATIONAL, LLC D/B/A J. BIRNBACH'S EXHIBIT LIST FOR TRIAL

Pursuant to the Scheduling Order [Doc. # 27] entered by the Court on February 7, 2023, JB International, LLC d/b/a J. Birnbach's ("JB International") hereby files its Exhibit List for the trial on January 16, 2024.

| Ex. No. | Date | Description | Offered/ Objection Made/ Admitted/ Admitted via Agreement | Objection Reason |
|---|---|---|---|---|
| PL-1 | 04/08/2019 | Memorandum # 98036 from J. Birnbach to William Noble | | |
| PL-2 | 04/24/2019 | Memorandum # 98184 from J. Birnbach to William Noble | | |
| PL-3 | 04/25/2019 | Memorandum # 98202 from J. Birnbach to William Noble | | |
| PL-4 | 06/18/2019 | Memorandum # 98583 from J. Birnbach to William Noble | | |
| PL-5 | 06/19/2019 | Memorandum #98606 from J. Birnbach to William Noble | | |
| PL-6 | 06/19/2019 | Memorandum # 98608 from J. Birnbach to William Noble | | |
| PL-7 | 01/03/2020 | Memorandum # 99991 from J. Birnbach to William Noble | | |
| PL-8 | 05/10/2019 | Invoice # 37339 | | |
| PL-9 | 05/28/2019 | Invoice # 37391 | | |

| | | | | |
|---|---|---|---|---|
| PL-10 | 10/07/2019 | Invoice # 38269 | | |
| PL-11 | 12/30/2019 | Invoice # 38251 | | |
| PL-12 | 12/16/2019 | Invoice # 38193 | | |
| PL-13 | 12/23/2019 | Invoice # 38280 | | |
| PL-14 | 01/15/2020 | Invoice # 38340 | | |
| PL-15 | On or about August 2019 | Letter Agreement Regarding Amounts Owed | | |
| PL-16 | Around March 3, 2020 | Email Between Parties | | |
| PL-17 | January 30, 2023 | Defendants' Disclosures | | |
| PL-18 | July 13, 2023 | Balance Calculation | | |
| PL-19 | August, 2019 | Letter Agreement as to Amounts Owed with Further Breakdowns | | |
| PL-20 | 07/13/2023 | JB International Register Quick Report for Amounts due 7/26/2019 to 07/13/2023 | | |
| PL-21 | 03/17/2022 | J. Birnbach Accounts Receivable Detain Report for William Noble | | |
| PL-22 | | Open Memos with William Noble | | |
| PL-23 | September 1, 2022 – December 1, 2023 | Attorney's Fees Invoices (will be supplemented at trial) | | |

Plaintiff reserves the right to introduce any exhibits designated by the Defendants and any exhibits necessary for rebuttal. Further, to the fullest extent allowed, Plaintiff reserves the right to supplement, amend, or edit this Pre-trial disclosure as such may become necessary and will do so as promptly as possible. Additionally, Plaintiff reserves the right to offer any exhibits produced by any party to this litigation or attached to any pleading or discovery product in this case.

Dated: December 18, 2023

        Respectfully Submitted,

        PADFIELD & STOUT, L.L.P.

        420 Throckmorton Street, Suite 1210
        Fort Worth, Texas 76102
        (817) 338-1616 - Telephone
        (817) 338-1610 - Facsimile

        /s/ Brandon J. Gibbons
        Mark W. Stout
        State Bar I.D. #24008096
        mstout@padfieldstout.com
        Brandon J. Gibbons
        State Bar I.D. #24082516
        bgibbons@padfieldstout.com

        *Local Counsel for Plaintiff*

        KAMINSKI LAW, PLLC

        */s/ Shanna M. Kaminski*
        By: Shanna M. Kaminski
        MI Bar No. P74013
        P.O. Box. 725220
        Berkley, MI 48072
        (248) 462-7111
        skaminski@kaminskilawpllc.com

        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing has been forwarded to the counsel of record via e-service on December 18, 2023.

        /s/ Brandon J. Gibbons
        Brandon J. Gibbons