IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| J.B. INTERNATIONAL, LLC d/b/a J. BIRNBACH, | § § § | |
| Plaintiff, | § § | Civil Action No. 3:22-cv-01422 |
| v. | § § | |
| WILLIAM NOBLE RARE JEWELS, L.P., and WILLIAM NOBLE, | § § § § | |
| Defendants. | | |

### DEFENDANTS' WITNESS LIST FOR TRIAL

Pursuant to the Court's Scheduling Order, Doc. No. 27, and FED. R. CIV. P. 26(a)(3)(A)-(B) Defendants William Noble Rare Jewels, L.P. ("***WNRJ***") and William "Bill" Noble (collectively, "***Defendants***") and hereby submit this, their Witness List for the January 16, 2024 trial in this matter.

### I. PROBABLE WITNESSES

| Witness Name | Address | Brief Narrative of Testimony | Expected Length |
|---|---|---|---|
| Jonathan Birnbach | c/o Kaminski Law, PLLC<br>Shanna M. Kaminski<br>P.O. Box. 725220<br>Berkley, MI 48072<br>(248) 462-7111 | Mr. Birnbach is expected to testify regarding the business dealings between the parties and his alleged damages. | 4-5 hours |
| William "Bill" Noble | c/o CRAWFORD, WISHNEW & LANG PLLC<br>Trey Crawford<br>1700 Pacific Avenue, Suite 2390<br>Dallas, Texas 75201<br>Telephone: (214) 817-4500<br>Facsimile: (214) 602-6551 | Mr. Noble is expected to testify regarding the business dealings between the parties. He will testify in his capacity both individually and as a corporate representative of WNRJ. | 4-5 hours |
| Trey Crawford | c/o CRAWFORD, WISHNEW & LANG PLLC<br>Trey Crawford<br>1700 Pacific Avenue, Suite 2390<br>Dallas, Texas 75201 | Mr. Crawford is expected to testify regarding reasonable and necessary attorney's fees. | 15 minutes |

|  | Telephone: (214) 817-4500<br>Facsimile: (214) 602-6551 |  |  |

## II.   POSSIBLE WITNESSES

| Witness Name | Address | Brief Narrative of Testimony | Expected Length |
|---|---|---|---|
| Jeffrey A. Mitchell | Unknown (will supplement if able) | Mr. Mitchell is expected to testify regarding the terms of the Letter Agreement. | 2-3 hours |
| Trey Crawford | c/o CRAWFORD, WISHNEW & LANG PLLC<br>Trey Crawford<br>1700 Pacific Avenue, Suite 2390<br>Dallas, Texas 75201<br>Telephone: (214) 817-4500<br>Facsimile: (214) 602-6551 | Mr. Crawford is expected to testify regarding reasonable and necessary attorney's fees. | 15 minutes |

## III.   EXPERT WITNESS

| Witness Name | Address | Brief Narrative of Testimony | Expected Length |
|---|---|---|---|
| Trey Crawford | c/o CRAWFORD, WISHNEW & LANG PLLC<br>Trey Crawford<br>1700 Pacific Avenue, Suite 2390<br>Dallas, Texas 75201<br>Telephone: (214) 817-4500<br>Facsimile: (214) 602-6551 | Mr. Crawford is expected to testify regarding reasonable and necessary attorney's fees. | 15 minutes |

## IV.   RECORD CUSTODIANS

| Witness Name | Address | Brief Narrative of Testimony | Expected Length |
|---|---|---|---|
| William "Bill" Noble | c/o CRAWFORD, WISHNEW & LANG PLLC<br>Trey Crawford<br>1700 Pacific Avenue, Suite 2390<br>Dallas, Texas 75201<br>Telephone: (214) 817-4500<br>Facsimile: (214) 602-6551 | Mr. Noble is expected to testify regarding the business dealings between the parties. He will testify in his capacity both individually and as a corporate representative of WNRJ. | 4-5 hours |

Defendants hereby cross-designate any and all individuals and/or entities designated by Plaintiff in Plaintiff's Witness List(s), whether in Plaintiff's case-in-chief or in rebuttal. Defendants reserve the right to call witnesses in rebuttal. Defendants reserve the right to supplement or amend their Witness List, up to and during Trial.

Dated: December 8, 2023

        Respectfully submitted,

        */s/ Trey Crawford*
**Trey Crawford**
Texas Bar No. 24059623
tcrawford@cwl.law
**Cameron Jean**
Texas Bar No. 24097883
cjean@cwl.law

**CRAWFORD, WISHNEW & LANG PLLC**
1700 Pacific Avenue
Suite 2390
Dallas, Texas 75201
(214) 817-4500 Telephone
(214) 602-6551 Fax

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2023, a true and correct copy of the foregoing document was forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure.

        */s/ Trey Crawford*
        Trey Crawford