IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| J.B. INTERNATIONAL, LLC d/b/a J. BIRNBACH, § § § Plaintiff, § § v. § § WILLIAM NOBLE RARE JEWELS, L.P., § and WILLIAM NOBLE, § § Defendants. | Civil Action No. 3:22-cv-01422 |

## DEFENDANTS' EXHIBIT LIST FOR TRIAL

Pursuant to the Court's Scheduling Order, Doc. No. 27, and FED. R. CIV. P. 26(a)(3)(A)-(B) Defendants William Noble Rare Jewels, L.P. and William "Bill" Noble (collectively, "***Defendants***") and hereby submit this, their Exhibit List for the January 16, 2024 trial in this matter.

| Ex. No. | Date | Description | Offered (O) Object (OBJ) Admitted (ADM) Pre-Admitted (P-ADM) | Objection |
|---|---|---|---|---|
| 1. | Various | Memorandums | | |
| 2. | Various | Invoices | | |
| 3. | 8/13/2019 | Letter Agreement | | |
| 4. | 3/3/2020 | Email communication between parties | | |
| 5. | 7/20/2023 | Balance Calculation | | |

Defendants hereby cross-designate any exhibit listed on Plaintiff's exhibit list. Defendants reserve the right to supplement or amend their Exhibit List, up to and during Trial. Defendants further reserve the right to offer as an exhibit any document produced by Plaintiff in response to discovery requests or attached to any pleading or discovery product in this case.

Dated: December 18, 2023

                                              Respectfully submitted,

                                            */s/ Trey Crawford*
                                           **Trey Crawford**
                                            Texas Bar No. 24059623
                                            tcrawford@cwl.law
                                            **Cameron Jean**
                                            Texas Bar No. 24097883
                                            cjean@cwl.law

                                            **CRAWFORD, WISHNEW & LANG PLLC**
                                            1700 Pacific Avenue
                                            Suite 2390
                                            Dallas, Texas 75201
                                            (214) 817-4500 Telephone
                                            (214) 602-6551 Fax

                                            **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

    I hereby certify that on December 18, 2023, a true and correct copy of the foregoing document was forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure.

                                              */s/ Trey Crawford*
                                              Trey Crawford