**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| J.B. INTERNATIONAL, LLC § <br> d/b/a J. BIRNBACH § <br> § <br> Plaintiff, § <br> § Civil Action No. 3:22-cv-01422 <br> v. § <br> § <br> WILLIAM NOBLE RARE JEWELS, L.P. § <br> and WILLIAM NOBLE, § <br> § <br> Defendants. § | |

**UNOPPOSED MOTION FOR ENTRY OF STIPULATED AGREED JUDGMENT**

NOW COMES, Plaintiff, J.B. International, LLC, by and through its undersigned counsel, hereby moves this Court for entry of the attached Stipulated Agreed Judgment that has been agreed to by the parties in this case. The parties also agree to entry of the attached Stipulated Agreed Judgment.

WHEREFORE, Plaintiff, J.B. International, LLC respectfully requests that this Honorable Court enter the Stipulated Agreed Judgment that is attached hereto and grant such other and further relief as this Court deems just and proper.

[*Signatures on Following Page*]

Dated: July 26, 2024

        **KAMINSKI LAW, PLLC**

        */s/ Shanna M. Kaminski*
        Shanna M. Kaminski
        P.O. Box 247
        Grass Lake, Michigan 49240
        (248) 462-7111
        skaminski@kaminskilawpllc.com

        *Counsel for Plaintiff*

        -and-

        **PADFIELD & STOUT, L.L.P.**
        100 Throckmorton Street, Suite 700
        Fort Worth, Texas 76102
        (817) 338-1616 - Telephone
        (817) 338-1610 - Facsimile

        /s/ Brandon J. Gibbons
        Mark W. Stout
        State Bar I.D. #24008096
        mstout@padfieldstout.com
        Brandon J. Gibbons
        State Bar I.D. #24082516
        bgibbons@padfieldstout.com

        *Local Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2025, I filed the foregoing Agreed Motion for Entry of Stipulated Agreed Judgment using the Court's CM/ECF which served the paper on the following:

Brandon James Gibbons     bgibbons@padfieldstout.com

Cameron Elliot Jean     cjean@cwl.law, , ylopez@cwl.law

Mark W Stout     ms@livepad.com, mstout@padfieldstout.com

Trey H Crawford     tcrawford@cwl.law, , dmoore@cwl.law, sgilbert@cwl.law


/s/ Shanna M. Kaminski
Shanna M. Kaminski