IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| J.B. INTERNATIONAL, LLC d/b/a J. BIRNBACH, | § § § | |
| Plaintiff, | § § | Civil No. 3:22-CV-01422-K |
| v. | § § | |
| WILLIAM NOBLE RARE JEWELS, L.P., and WILLIAM NOBLE, | § § § | |
| Defendants. | § | |

## AGREED JUDGMENT

Before the Court is Plaintiff J.B. International, LLC d/b/a J. Birnbach and Defendants William Noble Rare Jewels, L.P. ("WNRJ") and William Noble's Unopposed Motion for Entry of Stipulated Agreed Judgment (the "Motion"). Doc. No. 62. Upon consideration of the same, the Court **GRANTS** the Motion.

Accordingly, the Court hereby **ORDERS**, **ADJUDGES**, and **DECREES** that Plaintiff have judgment against WNRJ in the amount of $670,841.26; and against Mr. Noble in the amount of $500,000.00 with prejudgment interest at the prevailing rate from the date of filing until the date of judgment, plus postjudgment interest at the current statutory rate, reasonable and necessary attorneys' fees in the amount of

$20,584.70, and taxable costs allowed by the Clerk upon application in accordance with Local Civil Rule 54.1.

The Court further **ORDERS**, **ADJUDGES**, and **DECREES** that all relief not expressly granted herein is hereby denied and that this judgment is a final and appealable order of this Court.

The Court further **ORDERS**, **ADJUDGES**, and **DECREES** that all writs and processes, including any write of execution, for the enforcement and collection of this judgment or the costs of court shall issue as necessary and appropriate in favor of Plaintiff.

**SO ORDERED**.

Signed July 31st, 2024.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE